NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| W.M., | |
| Plaintiff, | |
| v. | Civil No. 22-03707 (RBK/SAK) |
| J.O. f/n/a J.M., *et. al*, | **ORDER** |
| Defendants. | |

**ROBERT B. KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff's Ex Parte Motion to Proceed By Way of Initials, for a Temporary Restraining Order/Writ of Capias ad Respondendum and Attachment (ECF No. 2); for the reasons expressed on the record during the hearing held on June 13, 2022;

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed by initials is **GRANTED,** Plaintiff W.M., Defendants J.O., the Estates of H.V. and W.V. shall proceed in this matter utilizing initials in all public filings; and

**IT IS FURTHER ORDERED** that the remainder of Plaintiff's motion is **DENIED without prejudice**. Plaintiff will have **fourteen (14) days** from the date of entry of this Order to amend his complaint to properly allege subject matter jurisdiction.

Dated: June 13, 2022

ROBERT B. KUGLER
United States District Judge

1