Rubin M. Sinins (NJ ID: 046701994)
**JAVERBAUM WURGAFT HICKS**
**KAHN WIKSTROM & SININS, P.C.**
505 Morris Avenue, Suite 200
Springfield, NJ 07081
(973) 379-4200
**Attorneys for Defendant J.O.**

| | |
|---|---|
| W.M., | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| PLAINTIFF(S), | CASE NO. 1:22-cv-03707-RBK-EAP |
| -vs- | CIVIL ACTION |
| J.O., | **CONSENT ORDER TO DEFER RULING ON POTENTIAL ALLOCATION AND/OR MOLDING OF ANY VERDICT** |
| DEFENDANT(S). | |

THIS MATTER having come before the Court by counsel for Plaintiff W.M. and Defendant J.O.; and the parties acknowledging and stipulating to the futility of the amendment of pleadings to name the Estates of W.V., H.V., G.M. and/or E.M. as Defendants or Third-Party Defendants in this matter; and the parties having stipulated to defer for the Court until the time of trial the question whether Defendant J.O. may obtain any allocation and/or molding of any verdict as to the Estates of W.V., H.V., G.M. and/or E.M.;

IT IS HEREBY consented and agreed that these issues shall be deferred for the Court until the time of trial; and it is further

1

Consented and agreed that the parties shall not assert that the failure by a party to name any of these Estates as a Defendant and/or Third-Party Defendant shall be a basis to preclude Defendant J.O. from obtaining any requested allocation and/or molding; and it is further

Consented and agreed that the parties' agreement shall not be deemed an admission that any allocation and/or molding may be lawful or appropriate.

_____
Honorable Robert B. Kugler, U.S.D.J.

June 12, 2023

LOMURRO, MUNSON, COMER,
BROWN & SCHOTTLAND, LLC

_____
By: Christina Vassiliou Harvey, Esq.
*Attorneys for Plaintiff W.M.*


JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.

_____
By: Rubin M. Sinins, Esq.
*Attorneys for Defendant J.O.*